Theresa Seagrist and Others v. Daniel G. Reid and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Scott, J., dissented.

Francis D. Bowne v. Elizabeth B. Colt and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Leo L. D'Utassy v. William M. Barrett.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

National Nassau Bank v. James C. Cleary.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Clarence H. Kelsey v. John McTigue and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Bessie E. Brill v. Isidor C. Brill.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of Robert S. Chapin v. Marcus M. Marks and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Michael Maloney v. Cunard Steamship Company, Ltd.— Motion granted except in so far as it asks that appellant be directed to file nineteen additional copies of the record. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Fritz Holzrichter v. Every Davis.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Riviera Realty Company, Respondent, v. Illinois Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John Davies, Respondent, v. Missouri, Kansas and Texas Railway Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Joseph T. McCaddon, Respondent, v. Central Trust Company of New York, Appellant, Impleaded with Another.— Order affirmed, with ten dol-